ATTORNEY(S): Teitelbaum & Baskin LLP   PH: (914) 437
ADDRESS: 1 Barker Avenue, 3rd Floor  White Plains  NY  10601   File No.:

Re: Suntech Power Holdings Co., Ltd

*vs*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF WESTCHESTER:   **AFFIDAVIT OF SERVICE**

_____Guy Djahoue_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On  October 16, 2013  at  12:20 PM ,
at  c/o CT Corp. 111 8th Ave, New York, NY 10013 , deponent served the within
Summons and Petition

on:  **Suntech Power Holdings Co., LTD** , **Defendant** therein named.

#1 INDIVIDUAL  ☐  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 ENTITY  ☒  By delivering thereat a true copy of each to  Mara Velasco  personally, deponent knew the person so served to be the  AUTHORIZED LEGAL AGENT  of the entity authorized to accept service on behalf of the entity.

#3 SUITABLE AGE PERSON  ☐  By delivering a true copy of each to _____ a person of suitable age and discretion. Recipient knew the respondent and confirmed said premises is respondent's: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR  ☐  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

#5 MAIL COPY  ☐  On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 DESCRIPTION  ☒  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: Female   Color of skin: Brown   Color of hair: Black   Age: 36-50   Height: 5ft4in-5ft8in
Weight: 131-160 lbs   Glasses: Yes   Other Features: Glasses

#7 WIT FEES  ☐  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC  ☐  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 OTHER  ☐

Sworn to before me on  October 17, 2013

Maria Noeldechen
Notary Public, State Of New York
Westchester County, LIC. #01N06253002
Commission Expires 12/19/2015



Guy Djahoue
Server's Lic # 1426658
Invoice Work Order 1328299

INTERCOUNTY JUDICIAL SERVICES LLC, 85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501 LIC#1371771 PH. 516-248-8270, FAX 516-294