UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
: Chapter 7
In re: :
: Case No. 13-13350 (SMB)
SUNTECH POWER HOLDINGS CO., LTD. :
:
Alleged Debtor. :
:
---------------------------------------------------------------------- X

### STIPULATION AND ORDER REGARDING
### SUNTECH POWER HOLDINGS CO., LTD.'S MOTION TO
### DISMISS THE AMENDED INVOLUNTARY CHAPTER 7 PETITION

**WHEREAS**, on October 14, 2013, Trondheim Capital Partners, L.P. ("*Trondheim*"), Michael Meixler ("*Meixler*"), Longball Holdings, LLC ("*Longball*"), and Jiangsu Liquidators, LLC ("*Jiangsu*" and, together with Trondheim, Meixler, and Longball, the "*Petitioners*") commenced the above-captioned involuntary proceeding against Suntech Power Holdings Co., Ltd. ("*Suntech*") under chapter 7 of the Bankruptcy Code by filing with the Bankruptcy Court Official Form 5 for an Involuntary Petition (ECF No. 1);

**WHEREAS**, on November 6, 2013, Suntech filed a motion to dismiss with prejudice the involuntary chapter 7 petition filed by Petitioners against Suntech (ECF No. 11);

**WHEREAS**, on November 20, 2013, Petitioners filed the *Objection by Petitioning Creditors to Motion to Dismiss Involuntary Petition* (ECF No. 20);

**WHEREAS**, on November 20, 2013, Petitioners filed an amended chapter 7 petition (the "*Amended Petition*") against Suntech (ECF No. 19);

**WHEREAS**, on December 6, 2013, Suntech filed a notice of withdrawal of the original motion to dismiss without prejudice to timely file a motion to dismiss the Amended Petition (ECF No. 26);

**WHEREAS**, on December 9, 2013, Suntech filed a motion to dismiss (the "*Motion to Dismiss*") the Amended Petition with prejudice (ECF No. 31);

**WHEREAS**, on December 9, 2013, the Ad Hoc Group (the "*Ad Hoc Group*") of holders of 3% Convertible Notes issued by Suntech and Spinnaker Capital Limited ("*Spinnaker*" and, together with Suntech, the Ad Hoc Group, and Petitioners, the "*Parties*") filed a statement in support of the Motion to Dismiss (ECF No. 34);

**WHEREAS**, on December 12, 2013, the Bankruptcy Court held a status conference with respect to the Motion to Dismiss and set (i) December 20, 2013, as Petitioners' deadline to file an objection to the Motion to Dismiss, (ii) December 29, 2013, as Suntech's deadline to file a reply to any objections to the Motion to Dismiss, and (iii) January 7, 2014 at 10:00 a.m. (prevailing Eastern Time), as the hearing to consider the Motion to Dismiss;

**WHEREAS**, the Parties have been engaged in good faith negotiations regarding the Amended Petition and the Motion to Dismiss, and the Parties wish to adjourn the hearing to consider the Motion to Dismiss and extend the Parties' respective deadlines to file opposition and reply briefs.

**NOW, THEREFORE,** in consideration of the foregoing recitals and the covenants and conditions contained herein, the Parties hereby stipulate and agree as follows:

1. Petitioners' deadline to file an objection to the Motion to Dismiss is extended to **January 7, 2014 at 5:00 p.m. (prevailing Eastern Time)**.

2. Suntech's deadline to file a reply to any objections to the Motion to Dismiss is extended to **January 17, 2014 at 5:00 p.m. (prevailing Eastern Time)**.

3. The hearing to consider the Motion to Dismiss is adjourned to January 23rd, 2014 at 10:00 a.m. (prevailing Eastern Time).

4. The Bankruptcy Court has jurisdiction to hear any matters or disputes arising from or relating to this Stipulation.

5. This Stipulation may be executed in counterparts, each of which is deemed an original, but when taken together constitute one and the same document. Facsimile or electronic copies of signatures on this Stipulation are acceptable, and a facsimile or electronic copy of a signature on this Stipulation is deemed an original.

6. This Stipulation shall be effective upon approval by the Bankruptcy Court.

*Remainder of Page Intentionally Left Blank*

**IN WITNESS WHEREOF** and in agreement herewith, by and through their counsel, the Parties have executed and delivered this Stipulation as of the date first set forth below.

Dated: December 18, 2013
      New York, New York

| O'MELVENY & MYERS LLP | TEITELBAUM & BASKIN, LLP |
|---|---|
| By: /s/ Peter Friedman | By: /s/ Jay Teitelbaum |
| Peter Friedman, Esq. (*pro hac vice*) | Jay Teitelbaum, Esq. |
| Diana Perez, Esq. | 1 Barker Avenue, Third Floor |
| Times Square Tower | White Plains, New York 10601 |
| 7 Times Square | Telephone: (914) 437-7670 |
| New York, New York 10036 | jteitelbaum@tblawllp.com |
| Telephone: (212) 326-2000 | |
| Facsimile: (212) 326-2061 | *Attorneys for the Petitioners* |
| pfriedman@omm.com | |
| dperez@omm.com | |
| | BINGHAM MCCUTCHEN LLP |
| -and- | |
| | By: /s/ Joshua Dorchak |
| Suzzanne Uhland, Esq. (*pro hac vice*) | Ronald J. Silverman, Esq. |
| Two Embarcadero Center, 28th Floor | Joshua Dorchak, Esq. |
| San Francisco, California 94111 | 399 Park Avenue |
| Telephone: (415) 984-8700 | New York, New York 10022 |
| Facsimile: (415) 984-8701 | Telephone: (212) 705-7000 |
| suhland@omm.com | ronald.silverman@bingham.com |
| | joshua.dorchak@bingham.com |
| *Attorneys for Suntech Power Holdings Co., Ltd.* | |
| | *Attorneys for the Ad Hoc Group and Spinnaker Capital Limited* |

SO ORDERED:

/s/ STUART M. BERNSTEIN
United States Bankruptcy Judge

Dated: December 19, 2013