O'MELVENY & MYERS LLP
Peter Friedman, Esq. (*pro hac vice*)
Diana Perez, Esq.
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
pfriedman@omm.com
dperez@omm.com

- and -

Suzzanne Uhland, Esq. (*pro hac vice*)
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
suhland@omm.com

*Attorneys for Suntech Power Holdings Co., Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- X
                                                                       :
In re:                                                                 :   Chapter 7
                                                                       :
                                                                       :   Case No. 13-13350 (SMB)
SUNTECH POWER HOLDINGS CO., LTD.                                       :
                                                                       :
            Alleged Debtor.                                            :
                                                                       :
---------------------------------------------------------------------- X

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that on November 20, 2013, the petitioners in the above-captioned involuntary proceeding filed an amended involuntary chapter 7 petition (the "***Amended Petition***", ECF No. 19) against Suntech Power Holdings Co., Ltd. ("***Suntech***").

**PLEASE TAKE FURTHER NOTICE** that on December 9, 2013, Suntech filed a motion to dismiss (the "***Motion to Dismiss***") the Amended Petition with prejudice (ECF No. 31).

**PLEASE TAKE FURTHER NOTICE** that on January 9, 2014, the Bankruptcy Court entered the *Stipulation and Order Regarding Suntech Power Holdings Co., Ltd.'s Motion to Dismiss the Amended Involuntary Chapter 7 Petition* (ECF No. 40), which adjourned the hearing to consider the Motion to Dismiss to January 30, 2014 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the hearing scheduled for January 30, 2014 at 10:00 a.m. (prevailing Eastern Time) to consider the relief requested in the Motion to Dismiss is hereby adjourned to a date and time to be determined.

**PLEASE TAKE FURTHER NOTICE** that the case conference scheduled for January 30, 2014 at 10:00 a.m. (prevailing Eastern Time) will go forward as scheduled.

Dated: January 27, 2014
New York, New York

O'MELVENY & MYERS LLP

By: */s/ Peter Friedman*
Peter Friedman, Esq. (*pro hac vice*)
Diana Perez, Esq.
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
pfriedman@omm.com
dperez@omm.com

-and-

Suzzanne Uhland, Esq. (*pro hac vice*)
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
suhland@omm.com

*Attorneys for Suntech Power Holdings Co., Ltd.*